RUSSELL HARDWARE & IMPLEMENT MFG. CO., Respondent, v. UTICA DROP FORGE & TOOL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by the Russell Hardware & Implement Manufacturing Company against the Utica Drop Forge & Tool Company. No opinion. Judgment affirmed, with costs. See 112 App. Div. 703, 98 N. Y. Supp. 777.

SALEEBY, Respondent, v. NUSSER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Samuel Saleeby against Joseph Nusser and another. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

SAMULSKY, Respondent, v. RAMAPO FOUNDRY & WHEEL WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Joseph Samulsky against the Ramapo Foundry & Wheel Works. No opinion. Order affirmed, with $10 costs and disbursements.

SAPHIR, Respondent, v. TERRY & TENCH CO., Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by Rika Saphir against the Terry & Tench Company. O. N. Brown, for appellant. J. P. Donellan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHLANSKY, Respondent, v. HARRISON et al., appellants. (Supreme Court, Appellate Term. December 20, 1907.) Appeal from Municipal Court, Borough of the Bronx, First District. Action by Moses Schlansky against Pincus Harrison and Barney Somergrad. Judgment for plaintiff, and defendants appeal. Judgment as to Somergrad reversed, and as to Harrison affirmed. Meyer London, for appellants. Willoughby B. Dobbs, for respondent.

PER CURIAM. This action was brought to recover for broker's commissions, claimed to have been earned by the plaintiff in selling property owned by the defendants. There is no evidence whatever to connect the defendant Somergrad with the ownership of the property sold, or the employment of the plaintiff to sell the same. As to the employment of the plaintiff by the defendant Harrison there is no dispute, and as to whether or not his efforts resulted in making the sale there was sufficient testimony upon which to find that he was the procuring cause, and therefore the judgment against Harrison should be affirmed. Judgment as to the defendant Somergrad reversed, and complaint dismissed, with costs. Judgment as to defendant Harrison affirmed, with costs.

SCHLESINGER, Respondent, v. BORGENICHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Leo Schlesinger, as receiver of the Federal Bank of New York, against Louis Borgenicht and another. No opinion. Order affirmed, with $10 costs and disbursements.

SCHLESINGER, Respondent, v. BORGENICHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Leo Schlesinger, as receiver of the Federal Bank of New York, against Louis Borgenicht and another. No opinion. Motion denied, without costs.

SCHMIDT, Respondent, v. JEWETT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Melina P. Schmidt, as executrix, etc., against Elise M. Jewett and others. No opinion. Motion granted, without costs.

SCHNEIDER v. SCHNEIDER. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Gottfried Schneider against Anna M. Schneider. No opinion. Motion denied. Settle order on notice. See 107 N. Y. Supp. 792.

SCHNITZER, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Barnett Schnitzer against Joseph Price. No opinion. Appeal dismissed, without costs.

SCHNITZER, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Barnett Schnitzer against Joseph Price. No opinion. Motion denied, without costs.

In re SCHOOL SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) In the matter of acquiring title by the city of New York to premises on the southeasterly corner of Sutter avenue and Grafton street, borough of Brooklyn, duly selected as a site for school purposes. No opinion. Motion granted, and order of reference made to Charles M. Stafford, Esq.

SCHWALENBERG et al., Appellants, v. DUNN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Louisa Schwalenberg and others against Margaret M. Dunn and others. No opinion. Judgment affirmed, with costs.

SCOTT, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by William J. Scott against the International Paper Company.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

WILLIAMS, J., not sitting.